IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

            Plaintiff,

  v.

MATTHEW GREY,

            Defendant.

ORDER

14-po-12-slc

---

After hearing argument from both sides at the court trial, IT IS ORDERED that defendant Matthew Grey's license shall be suspended for six months, effective February 16, 2015. IT IS FURTHER ORDERED that defendant Grey shall pay a fine of $150 to the Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53703 no later than April 20, 2015. A $25 criminal assessment fee is also imposed and is to be paid to the Clerk of Court immediately.

Entered this 20th day of March, 2015.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge