| ■ | 1. MV3029 - Court Order of Revocation/ Suspension |
|---|---|
| ☐ | 2. MV3435 - Conviction Status Report |

MV3029 - 5/2010 / MV3435 - 5/2010

Mail To: Citations and Withdrawals
Wisconsin Department of Transportation
PO Box 7917
Madison, WI 53707-7917

| 3. Court Name, Address, City, State, ZIP Code | 4. Court (Area Code) Telephone # | 5. Agent # |
|---|---|---|
| United States District Court<br>Western District of Wisconsin<br>120 North Henry Street<br>Madison, WI 53703 | 608-250-5427 | |
| | 6. County<br>Dane | 7. Court # |
| | 8. Court Case # | 9. Branch # |

| 10. Driver Name (First, MI, Last), Address, City, State, ZIP Code | 11. Birth Date | 12. Individual/Non |
|---|---|---|
| Matthew David Grey<br><br>Sparta, WI 54656 | 1984 | |
| | 13. Federal Employer Identification Number | |

| 14. Driver License Number | 15. Jurisdiction | 16. Race | 17. Sex | 18. Height | 19. Weight | 20. Hair | 21. Eyes |
|---|---|---|---|---|---|---|---|
| | WI | | | | | | |

### 22. Withdrawal Order Basis
☐ D  ☐ JEC
☐ FD  ☐ JID
☐ FPS  ☐ OTH
☐ IC  ☐ RMC
☐ ICU  ☐ T
☐ JA  ☐ UCD

25. Amount Due
☐ FPF:
☐ FPJ:
☐ FPN:

### 23. Court Withdrawal Directive
☐ 1 Failure to pay has been paid
   Date paid:_____
☐ 2 Revocation/suspension reported in error
☐ 3 Vacate court order of revocation/suspension
☐ 13 Court ordered revocation/suspension
☐ 14 Court ordered rev/sus amended
☐ 17 Report driver license/vehicle restriction
☐ 18 Stay revocation/suspension
☐ 20 Remove driver license/vehicle restriction

### 24. Court Violation Directive
☐ 4 Vacate conviction
☐ 5 Reopened conviction set for further proceedings
☐ 6 Reopened conviction dismissed
☐ 7 Reopened conviction amended
☐ 8 Appealed conviction set for further proceedings
☐ 9 Appealed conviction dismissed
☐ 10 Appealed conviction affirmed
☐ 11 Conviction reported in error
☐ 12 Conviction reported in error and corrected
■ 15 Report of conviction
☐ 16 Report of mandatory conviction

### MV3435 Only - Previously Reported Data
26. Withdrawal Basis_____
27. Court Case #_____
28. Uniform Traffic Citation #_____
29. Violation Date_____
30. Statute #_____
31. Municipal Citation #_____
32. Conviction Date_____
33. Statute Severity_____
34. Local Ordinance #_____
35. Trans Rule_____
36. Trans Rule Severity_____
37. Operating as Class  A  B  C  D  M  O
38. Description of Charge

### Conviction Data

| 39. Violation Date<br>10/16/2014 | 40. Uniform Traffic Citation # | 41. Municipal Citation #<br>3853803 | 42. Criminal Complaint Issued<br>☐ Yes  ■ No |
|---|---|---|---|
| 43. Conviction Date<br>3/20/2015 | 44. Statute #<br>346.63(1)(a) | 45. Statute Severity | 46. DOT # |
| 47. Trans Rule | 48. Trans Rule Severity | 49. Local Ordinance # | 50. Hazmat # | 51. Zones<br>☐ School<br>☐ Construction<br>☐ Utility<br>☐ Railroad |
| 52. Description of Charge<br>Operating While Under the Influence | | 53. If Speeding MPH Over | |
| Operating As<br>54. Class  A  B  C  ■ M  O | 55. Endorsement  F  H  N  P  S  T | 56. Counts<br>of | |

### Withdrawal Data

☐ 57. Revoked    ■ 58. Suspended    59. Effective Date_____

☐ 62. Passenger under 16 in vehicle

☐ 64. Penalty Enhanced

65. Accident Severity (when applicable):
☐ Fatality to another - F
☐ Personal Injury to another - PI
☐ Property Damage to another - PD

69. Special Instructions

63. Prohibited Alcohol Content_____
66. Refusal Date_____
☐ Person failed to request hearing
☐ Hearing held; Refusal unreasonable
☐ Court ordered assessment
☐ Refusal vacated

60. Time Period____6____
☐ Days  ■ Mths  ☐ Years
67. Jail Time_____
☐ Days  ☐ Mths  ☐ Years
68. ☐ IID Duration_____
☐ Days  ☐ Mths  ☐ Years
☐ Vehicle Restriction
☐ Lic  ☐ Eff

61. Effective Date Method
☐ 1 Consecutive
☐ 2 Concurrent
☐ 3 Date of Notification by DOT
☐ 4 Date of Application
☐ 5 Consecutive & After Application
☐ 6 DOT Sets Date

X _[signature]_     5-13-15
(70. Judge or Court Clerk)     (71. Date)